

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of A.P.M. and A.M., Children

No. 06-15-00055-CV

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CV03353). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellants have adequately indicated their inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 29, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk